UNITED STATES of America,
Plaintiff–Appellee,

v.

Albert Lynn WOODSON, Defendant–
Appellant.

No. 15–7623.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Albert Lynn Woodson, Appellant Pro Se. Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Lynn Woodson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Woodson*, No. 1:09–cr–00105–IMK–JSK–1 (N.D.W.Va. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*